UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL EILEEN LUZADER, | ) | Case No.: 5:25 CV 2247 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Plaintiff Rachel Eileen Luzader's ("Luzader") Social Security Complaint (ECF No. 1), seeking judicial review of the denial of disability insurance benefits and supplemental security income by Defendant Commissioner of Social Security ("Defendant").

Plaintiff initially filed for disability insurance benefits and supplemental security income on January 4, 2024. (Pl.'s Br. Merits at PageID 651, ECF No. 7.) Her claims were denied on April 9, 2024, and again upon reconsideration on June 6, 2024. (*Id.*) Plaintiff filed a request for a hearing, and she appeared before an administrative law judge ("ALJ") on December 5, 2024. (*Id.*) On December 27, 2024, the ALJ determined that Plaintiff was not considered disabled under the authorizing statutes and thus would not qualify for disability insurance benefits or supplemental security income. (*Id.*; Tr. at PageID 75–76, ECF No. 6.) The Appeals Council denied Plaintiff's request for review on August 22, 2025, at which point the ALJ's decision became the final decision

of Defendant. (Pl.'s Br. Merits at PageID 651, ECF No. 7.) On October 20, 2025, Plaintiff filed a Complaint (ECF No. 1) in this court. The case was referred to Magistrate Judge Reuben J. Sheperd ("Judge Sheperd") for preparation of a Report and Recommendation ("R&R"). Briefs on the Merits were filed by Plaintiff (ECF No. 7) and Defendant (ECF No. 8).

The Complaint requests that Defendant's final decision be vacated and the matter be remanded for further administrative proceedings, for failure to properly consider the opinions of three medical professionals. (Pl.'s Br. Merits at PageID 658, 662, ECF No. 7.) Specifically, Plaintiff challenges the ALJ's conclusion that two medical professionals' opinions were unpersuasive due to their use of and reliance on nontechnical language, as well as the ALJ's conclusion that a third medical professional's opinion was unpersuasive due to his lack of expertise and inconsistencies between his opinion and the rest of the record. (*Id.* at 658–62.) Defendant seeks judgment affirming the final decision below, asserting that the ALJ properly explained why she found each of these opinions unpersuasive, satisfying regulatory requirements. (Def.'s Br. Merits at PageID 663–64, ECF No. 8.)

Judge Sheperd issued the R&R (ECF No. 10) on August 3, 2026. The R&R recommended that, because the ALJ applied proper legal standards and reached a decision supported by substantial evidence, Defendant's final decision should be affirmed. (R. & R. at PageID 675, ECF No. 10.) Judge Sheperd referenced the relevant legal standard that an ALJ must explain how they considered the supportability and the consistency of medical opinions in making a determination. (*Id.* at PageID 689–90.) After reviewing the record, he determined that the ALJ's decision adequately addressed the supportability and consistency of each of the medical opinions at the source level. (*Id.* at PageID 691, 696.) He concluded that the ALJ properly evaluated the medical opinions at question. (*Id.* at

PageID 696.)

The R&R advised that objections must be filed by August 17, 2026. (*Id.* at PageID 697.) No such objections were filed. The court thus need not conduct an elaborate "reexamination of the exact same argument that was presented to the Magistrate Judge." *Overholt v. Green*, No. 1:17-CV-00186, 2018 WL 3018175, at *2 (W.D. Ky. June 15, 2018). Such reexamination "wastes judicial resources rather than saving them, and runs contrary to the purpose of the Magistrates Act." *Id.* (quoting *Howard v. Sec'y of Health & Hum. Servs.*, 932 F.2d 505, 509 (6th Cir. 1991)). Instead, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72, Advisory Committee Notes.

After careful review of the R&R and associated record, the court finds no clear error on the face of the R&R. Further, the court concludes that it is fully supported by the record and applicable legal standards. Accordingly, the court adopts the Report and Recommendation (ECF No. 10) as its own. The court hereby affirms Defendant's final decision denying Luzader's applications for disability insurance benefits and supplemental security income.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 30, 2026